UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLEN HUBBARD,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIONSHIP PRODUCTIONS,<br><br>Defendant.<br>―――――――――――――――<br>CHAMPIONSHIP PRODUCTIONS,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>THE CORPORATION OF GONZAGA UNIVERSITY, a Washington non-profit corporation, and MARK FEW,<br><br>Third-Party Defendants. | No. CV-13-0073-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

**BEFORE THE COURT** is the parties' April 22, 2014, stipulated motion for dismissal. ECF No. 45. Plaintiff is represented by Philip P. Mann and John Whitaker. Defendant/Third-Party Plaintiff is represented by Michael E. Ramsden. Third-Party Defendants are represented by Mark W. Hendricksen, Bil G. Childress and Robert A. Dunn. The parties have consented to proceed before a magistrate judge. ECF No. 10.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1

On April 14, 2014, Plaintiff, on behalf of all parties, notified the Court that the parties had reached a settlement of the entire action. ECF No. 43. On April 22, 2014, the parties jointly requested the Court enter an order that "plaintiff's claims (including potential claims against the third-party defendants), as well as any and all counterclaims that defendant/third-party plaintiff Championship and the third-party defendants could have brought against plaintiff, shall be dismissed with prejudice" and that "the defendant/third-party plaintiff Championship's claims against the third-party defendants (Gonzaga University and Mark Few), as well as any and all counterclaims that third-party defendants could have brought against defendant/third-party plaintiff Championship, shall be dismissed with prejudice." ECF No. 45 at 2.

Good cause appearing therefor, the Court **ORDERS as follows**:

1. The parties' stipulated motion for dismissal, **ECF No. 45**, is **GRANTED**.

2. The complaints in this matter, ECF No. 1 and 20, are **DISMISSED WITH PREJUDICE**.

3. All pending motions, including the motion for partial summary judgment, **ECF No. 26**, and the motion to modify the scheduling order, **ECF No. 37**, are **DENIED AS MOOT**.

The District Court Executive is directed to file this order, provide copies to counsel for the parties, and **CLOSE THE FILE**.

DATED April 22, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 2